UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
B.H. and S.H., individually and on behalf of D.H., :
:
                      Plaintiffs, :
:      25-CV-04831 (JAV)
     -v- :
:      <u>ORDER</u>
NEW YORK CITY DEPARTMENT OF EDUCATION, :
:
:
                     Defendant. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated June 25, 2025, ECF No. 10, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by September 30, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 6, 2025**.

      SO ORDERED.

Dated: October 2, 2025
       New York, New York

                                                      JEANNETTE A. VARGAS
                                                      United States District Judge